IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 3:04-cr-30066 JES |
| ) | |
| SHERRIE P. RENKEN, ) | |
| ) | |
| Defendant. ) | |

# ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

    I hereby enter my appearance as counsel in this case for the Government of the United States.

Date: <u>November 9, 2004</u>

    s/ Bradley K. Hart
    Bradley K. Hart Bar Number: 6244539
    Attorney for the Plaintiff
    Assistant Attorney General
    Special Asst. U.S. Attorney-CDIL
    200 Iles Park Place, Suite 230
    Springfield, IL 62703
    Telephone: (217) 558-4694
    Fax: (217) 524-6405
    E-mail: bhart@atg.state.il.us

(Rev. 04/03)