E-FILED
Wednesday, 01 December, 2004 03:49:19 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

FILED
NOV 26 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | ) ) ) | Cause No.: 04-30066 |
| | ) | 18 U.S.C. § 287 |
| vs. | ) ) | 18 U.S.C. § 1001<br>18 U.S.C. § 1341 |
| SHERRIE P. RENKEN,<br>Defendant. | ) ) ) | Honorable Judge Jeanne E. Scott |
| | ) ) | Honorable Byron Cudmore<br>U.S. Magistrate Judge |

### APPEARANCE

I hereby enter the appearance of SHERRIE P. RENKEN and my own as her Attorney in the above-captioned cause.

_____
JOHN W. FISHER, Attorney

John W. Fisher
LAW OFFICES OF JOHN W. FISHER
 & ASSOCIATES
925 Shooting Park Road, Suite B
Peru, Illinois 61354
(815)223-4646