E-FILED
Wednesday, 01 December, 2004 03:51:58 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNTIED STATES OF AMERICA,<br>  Plaintiff,<br><br>vs.<br><br>SHERRIE P. RENKEN,<br>  Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Cause No.: 04-30066<br><br>18 U.S.C. § 287<br>18 U.S.C. § 1001<br>18 U.S.C. § 1341<br><br>Honorable Judge Jeanne E. Scott<br><br>Honorable Byron Cudmore<br>U.S. Magistrate Judge |

## MOTION FOR DISCLOSURE PURSUANT TO RULE 16

**NOW COMES** the Defendant, SHERRIE P. RENKEN, by and through her attorney, JOHN W. FISHER, and the Law Offices of John W. Fisher and Associates, and requests that the Government disclose the following pursuant to Rule 16(a)(1) of the Federal Rules of Criminal Procedure and in support thereof, state as follows:

1. Any relevant oral statement made by the Defendant before or after arrest in response to interrogation by a person the Defendant knew was a government agent, if the Government intends to use the statement at trial.

2. Any relevant written or recorded statement by the Defendant within the Government's possession, custody and/or control.

3. A copy of the Defendant's prior criminal record that is within the Government's possession, custody and/or control.

4. All books, papers, documents, data, photographs, tangible objects, building or places, or copies or portion of any of these items within the Government's possession, custody and/or control.    5. All photographs and results or reports of any physical or mental examination and of any scientific test or experiment the Government intends to use in it's case in chief at trial.

6. Written summary of any testimony that the Government intends to use under Rules 702, 703 or 705 of the Federal Rules of Evidence during it's case in chief at trial,

which includes the witnesses opinions and the basis and reasons for those opinions and the witnesses qualifications.

        SHERRIE P. RENKEN, Defendant

        By: _____
           JOHN W. FISHER, Defendant's Attorney

Law Offices of John W. Fisher
    and Associates
925 Shooting Park Road, Suite B
Peru, Illinois 61354
(815)223-4646