E-FILED
Wednesday, 01 December, 2004  03:53:04 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNTIED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>vs.<br><br>SHERRIE P. RENKEN,<br>　　　　Defendant, | Cause No.: 04-30066<br><br>18 U.S.C. § 287<br>18 U.S.C. § 1001<br>18 U.S.C. § 1341<br><br>Honorable Judge Jeanne E. Scott<br><br>Honorable Byron Cudmore<br>U.S. Magistrate Judge |

**MOTION FOR SUPPLEMENTAL DISCLOSURE
(#1)**

**NOW COMES** the Defendant, SHERRIE P. RENKEN, by and through her attorney, JOHN W. FISHER, and the Law Offices of John W. Fisher and Associates, request that the Government disclose the following pursuant to Rule 16(a)(1) of the Federal Rules of Civil Procedure:

1. Copy of all books, papers, documents, data, photographs, tangible objects, building or places, or copies or portion of any of the items seized from Defendant, SHERRIE P. RENKEN during the execution of a search warrant on her residence located at 1530 Little Main Street, Streator, Illinois on December 12, 2002.

　　　　　　　　　　　　　　　　SHERRIE P. RENKEN, Defendant

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　John W. Fisher, Defendant's Attorney

LAW OFFICES OF JOHN W. FISHER
　　AND ASSOCIATES
925 SHOOTING PARK ROAD, SUITE B
PERU, ILLINOIS 61354
(815)223-4646

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of this Motion was served upon all parties of record by enclosing same in an envelope properly addressed, with postage fully prepaid and depositing the envelope in the U.S. Mail in Peru, Illinois on the 23rd day of November, 2004.

_____

LAW OFFICES OF JOHN W. FISHER
   AND ASSOCIATES
925 SHOOTING PARK ROAD, SUITE B
PERU, ILLINOIS 61354
(815)223-4646