E-FILED
Wednesday, 01 December, 2004  03:54:09 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNTIED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>vs.<br><br>SHERRIE P. RENKEN,<br>　　　Defendant, | Cause No.: 04-30066<br><br>18 U.S.C. § 287<br>18 U.S.C. § 1001<br>18 U.S.C. § 1341<br><br>Honorable Judge Jeanne E. Scott<br><br>Honorable Byron Cudmore<br>U.S. Magistrate Judge |

## MOTION FOR SUPPLEMENTAL DISCLOSURE
### (#2)

**NOW COMES** the Defendant, SHERRIE P. RENKEN, by and through her attorney, JOHN W. FISHER, and the Law Offices of John W. Fisher and Associates, request that the Government disclose the following pursuant to Rule 16(a)(1) of the Federal Rules of Civil Procedure:

1.  The following documents and/or information concerning the audit conducted by the Government relative to the allegations contained in the 16 Count Indictment alleging health care fraud in the above-captioned case:

    (a)  Listing of the 1,884 claims and unstated number of services in the universe from which the audit sample was selected.

    (b)  The basis on which the audit sample was made (i.e., random or judgmental) and how the selection was made (random number, every nth, etc.)

    (c)  Listing of the 324 claims and the 1,942 services included in the audit sample.

SHERRIE P. RENKEN, Defendant

By: _____
John W. Fisher, Defendant's Attorney

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of this Motion was served upon all parties of record by enclosing same in an envelope properly addressed, with postage fully prepaid and depositing the envelope in the U.S. Mail in Peru, Illinois on the 23rd day of November, 2004.

_____

LAW OFFICES OF JOHN W. FISHER
   AND ASSOCIATES
925 SHOOTING PARK ROAD, SUITE B
PERU, ILLINOIS 61354
(815)223-4646