E-FILED
Monday, 06 December, 2004  03:48:53 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL NO: 03-30066 |
| SHERRIE RENKEN, | ) |
| Defendant. | ) |

### RESPONSE TO DEFENDANT'S DISCOVERY MOTIONS

NOW COMES the United States of America by Jan Paul Miller, United States Attorney for the Central District of Illinois, and Assistant United States Attorney, Patrick D. Hansen, and responds herein to the defendant's Motion For Disclosure Pursuant To Rule 16, Motion For Supplemental Disclosure (#1) and Motion For Supplemental Disclosure (#2).

1. The Local Rules for the Central District of Illinois (specifically Rule 16.1) govern discovery in criminal cases. Specifically, this rule provides that "within five (5) working days after the arraignment in any criminal case, the United States Attorney and the attorney(s) for the defendant(s) shall confer, and, shall comply with Federal Rule of Criminal Procedure 16.

2. The Local Rule further provides for a procedure to be followed by the defendant to file a motion with the Court should the Government not comply with Rule 16.

1

3.  To date, the defendant has not been arraigned, nor have the parties conferred regarding discovery.[1]

4.  Rule 16 of the Federal Rules of Criminal Procedure requires the Government to "permit the defendant to inspect and to copy or photograph books, papers, documents," etc. To the extent that the defendant seeks a copy of (rather than inspection of) a great volume of documents, such as is apparent in her Motion For Supplemental Disclosure (#1), the Government suggests she make arrangements with a local copying service to reproduce the records. If, after inspecting these documents, this is still the defendant's request, the Government will seek a "protective order" from the Court (as many of these records may contain individually identifiable health information) and make arrangements for the delivery of the documents to the copying service of the defendant's choice once financial arrangements are made.

5.  The need for the parties to confer is also evident from the defendant's Motion For Supplemental Discovery (#2). In that motion, the defendant not only seeks certain documents regarding an audit "conducted by the Government[2]," but also requests answers to certain questions, akin to interrogatories. The government will certainly make available any records or reports in its custody or control surrounding the audit, but these records may not answer these questions.

---

[1] The United States Attorney's Office, however, did supply over 30 interview reports (including those of Sherrie Renken) as well as the IDPA audit report to the counsel for the defendant back in March, 2004).

[2] The audit was actually conducted by the Illinois Department of Public Aid, which is not under the control of the United States Attorney's Office.

WHEREFORE, the United States of America respectfully requests that the defendant's Motions regarding discovery be denied as premature under the local rules for the Central District of Illinois.

        Respectfully Submitted,

        JAN PAUL MILLER
        UNITED STATES ATTORNEY

By:    s/Patrick D. Hansen
        Patrick D. Hansen
        Assistant United States Attorney
        Illinois Bar No. 6187536
        318 South 6th Street
        Springfield, IL 62701
        Telephone: (217) 492-4450
        patrick.hansen@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on December 6, 2004, I mailed the foregoing by United States Postal Service to the following non-CM/ECF participants:

John W. Fisher
2200 Marquette Road, Suite 108
Peru, IL 61354

                                        s/Patrick D. Hansen
                                        Patrick D. Hansen
                                        Assistant United States Attorney
                                        318 South Sixth Street
                                        Springfield, IL 62701
                                        (217) 492-4450
                                        Fax: (217) 492-4512
                                        patrick.hansen@usdoj.gov