**E-FILED**
Wednesday, 08 December, 2004 12:21:50 PM
Clerk, U.S. District Court, ILCD

```
        RECEIPT FOR PAYMENT
         U.S. DISTRICT COURT
      SPRINGFIELD DIVISION

                        5005558

RECEIVED FROM:
RENKEN, SHERRIE P
1530 LITTLE MAIN STREET
STREATOR, IL 61364

Case Number: 04-30066

F/U/B/O:
Party ID:
RENKEN, SHERRIE P

Tender type:                PROPERTY
CS-092000                     $0.00
Collateral

Remarks: FDIC card # 43468668
         received from Sherrie P.
         Renken per bond
         conditions

      Subtotal              $0.00








Receipt Total:             $0.00

* Checks and drafts are accepted
subject to collections and full
credit will only be given when
the check or draft has been
accepted by the financial
institution on which it was drawn.

    Date:    12/7/04
    Clerk:
              MSS
```