AO 83 (Rev. 12/85) SUMMONS IN A CRIMINAL CASE

**E-FILED**
Tuesday, 14 December, 2004 09:09:12 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

## SUMMONS IN A CRIMINAL CASE

UNITED STATES OF AMERICA

vs.

**SHERRIE P. RENKEN**
1530 Little Main Street
Streator, IL 61364

**FILED**
DEC - 9 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Case Number: 04-30066

**YOU ARE HEREBY SUMMONED** to appear before the **UNITED STATES DISTRICT COURT**
at
**COURTROOM 3, 600 E. MONROE, SPRINGFIELD, ILLINOIS**
on
**DECEMBER 7, 2004 AT 3:30 P.M.**
before the
HONORABLE **US MAGISTRATE JUDGE BYRON CUDMORE**

To answer a(n) INDICTMENT charging you with a violation of Title 18, United States Code, Section(s) 1341, 287 and 1001.

Brief description of offense:

Mail Fraud, False Claims and False Statement or Document

DATE: **November 4, 2004**

s/John M. Waters
JOHN M. WATERS, CLERK

s/M. Cooke
BY: DEPUTY CLERK

A TRUE COPY
ATTEST:
JOHN M. WATERS, CLERK
BY: s/Marleen Cooke
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE 11-8-04

AO 83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:(Date) |
| Check one box below to indicate the appropriate method of service |
| [X] Served personally upon the defendant at: 1530 Little Main Street  Streator, IL. 61364   5:32 P.M. |
| [ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.  Name of person with whom the summons was left: _____ |
| [ ] Returned unexecuted: _____ |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 12/02/04         K. Widup
Date  1732 PM                  Name of United States Marshal

                               Bret C. [signature]
                               (by) Deputy United States Marshal

Remarks:
One DUSM, two hours, 200 miles round trip.

COPY
CENTRAL ILLINOIS
DO NOT EXECUTE