E-FILED
Wednesday, 22 December, 2004  03:43:22 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| v. | ) | Cause No. 04-30066 |
| | ) | |
| SHERRIE P. RENKEN | ) | |
| Defendant. | ) | |

## MOTION FOR A PROTECTIVE ORDER

Comes now the parties, the United States of America, by Jan Paul Miller, United States Attorney for the Central District of Illinois, and Patrick D. Hansen, Assistant United States Attorney, and Sherrie P. Renken, through her attorney, John W. Fisher, and respectfully requests that this Court issue a "protective order" governing the discovery in this case, and in furtherance of this request states as follows:

1. That the defendant is charged with several counts of mail fraud and false claims primarily stemming from her actions as the owner of a medical transportation company.

2. Many of the records relevant to both the government and the defense in this case contain individually identifying medical information regarding the clients serviced by the defendant and her employees.

3. The defense has viewed the records in the control of the government and has asked that certain records be copied. The volume of records necessary to be copied has required the hiring of an outside service to make the copies.

4. It is believed that the defense has made or will make arrangements with Kinko's for the receipt, copying and return of original documents to the government.

5. The parties ask the court to order that the dissemination of such records be limited to the personnel of the copy service necessary to make the copies, and to the individuals deemed necessary by the defense to the preparation of its case. The government further asks this court to order that any such copies disseminated are to be returned or destroyed at the conclusion of this litigation.

Respectfully Submitted,

s/John W. Fisher
John W. Fisher
Attorney for Sherrie Renken


JAN PAUL MILLER
UNITED STATES ATTORNEY


s/Patrick D. Hansen
Patrick D. Hansen
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Cause No. 04-30066 |
| | ) | |
| | ) | |
| SHERRIE P. RENKEN | ) | |
| | ) | |
| Defendant. | ) | |

**PROTECTIVE ORDER**

This matter coming to the Court upon a joint motion of the parties for a protective order, and this Court finds that it is in the interests of justice to restrict certain records containing individually identifying medical information, it is therefore ordered:

1. That the government may disclose such records to a copy service to make reproductions of the records which are necessary for the preparation of a defense. The copy service is restricted from further dissemination of such records, and any mis-copied documents are to be returned with the originals.

2. That the dissemination of such copies is limited thereafter to the individuals deemed necessary by the defense to the preparation of its case. All such records, and any copies made are thereafter to be returned to the government or destroyed at the conclusion of this case.

SO ORDERED this ___ day of December, 2004.

Jeanne Scott
Judge, U.S. District Court