UNITED STATES DISTRICT COURT                                    **E-FILED**
CENTRAL DISTRICT OF ILLINOIS Wednesday, 22 December, 2004   04:01:15 PM
SPRINGFIELD DIVISION                    Clerk, U.S. District Court, ILCD

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | )<br>) | DEC 2 0 2004 |
| | ) | |
| vs. | ) Case No.: 04-30066 | JOHN M. WATERS, Clerk<br>U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF ILLINOIS |
| | ) | |
| SHERRIE P. RENKEN,<br>Defendant. | ) Honorable Judge Jeanne E. Scott<br>) | |

## MOTION FOR CONTINUANCE

NOW COMES, John W. Fisher and the Law Offices of John W. Fisher & Associates

and moves this Court for a continuance of the Final Pre-Trial and in support thereof, states

as follows:

1. This matter is set for Final Pre-Trial on February 4, 2005 at 9:00 a.m.

2. On February 4, 2005 at 9:00 a.m., John W. Fisher will be unavailable (Counsel

for Defendant is assigned as a LaSalle County Public Defender and is assigned these

duties Thursday and Friday of each week).

3. Counsel requests that this matter be continued

WHEREFORE, John W. Fisher prays for a short continuance of the Final Pre-Trial.

_____
JOHN W. FISHER, Attorney

LAW OFFICES OF JOHN W. FISHER
AND ASSOCIATES
925 SHOOTING PARK ROAD, SUITE B
PERU, ILLINOIS 61354
(815) 223-4646