E-FILED
Thursday, 23 December, 2004  07:42:29 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CRIMINAL NO: 04-30066 |
| | ) | |
| SHERRIE RENKEN, | ) | |
| | ) | |
| Defendant. | ) | |

### RESPONSE TO DEFENDANT'S MOTION TO CONTINUE

NOW COMES the United States of America by Jan Paul Miller, United States Attorney for the Central District of Illinois, and Assistant United States Attorney, Patrick D. Hansen, and represents that it has no objection to the pretrial conference in this matter being rescheduled to a day other than a Thursday or Friday to accommodate counsel's other duties.

Respectfully Submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY

By:    s/Patrick D. Hansen
Patrick D. Hansen
Assistant United States Attorney
Illinois Bar No. 6187536
318 South 6th Street
Springfield, IL 62701
Telephone: (217) 492-4450
patrick.hansen@usdoj.gov

1

CERTIFICATE OF SERVICE

      I hereby certify that on December 22, 2004, I mailed the foregoing by United States Postal Service to the following non-CM/ECF participants:

John W. Fisher
Law Offices of John Fisher & Associates
925 Shooting Park Road, Suite B
Peru, IL 61354

      s/Patrick D. Hansen
Patrick D. Hansen
Assistant United States Attorney
318 South Sixth Street
Springfield, IL 62701
(217) 492-4450
Fax: (217) 492-4512
patrick.hansen@usdoj.gov