**E-FILED**
Thursday, 23 December, 2004  11:52:33 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  04-30066 |
| | ) | |
| SHERRIE P. RENKEN, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on the parties' joint Motion for a Protective Order (d/e 13).  The parties state that records relevant to the present action contain individually identifying medical information regarding clients serviced by the Defendant and her employees.  Further, the parties state that the number of documents requested by the Defendant from the Government necessitate the hiring of a copying service to perform the copies.  The parties ask that the Court order that the dissemination of such records be limited.

The Court hereby finds that it is in the interests of justice to restrict access to certain records containing individually identifying medical

information.  THEREFORE, the parties' joint Motion for a Protective Order (d/e 13) is ALLOWED.  It is hereby ordered that the Government disclose such records necessary for the preparation of a defense to a copy service to make reproductions of the records.  The copy service is restricted from further dissemination of such records, and any mis-copied documents are to be returned with the originals.  Further, the dissemination of such copies is limited thereafter to the individuals deemed necessary by the defense for the preparation of its case.  All such records, and any copies made, are thereafter to be returned to the Government or destroyed at the conclusion of this case.

IT IS THEREFORE SO ORDERED.

ENTER:   December 23, 2004.

FOR THE COURT:

        s/  Jeanne E. Scott
JEANNE E. SCOTT
UNITED STATES DISTRICT JUDGE