UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 04-30066 |
| ) | |
| SHERRIE P. RENKEN, ) | Honorable Judge Jeanne E. Scott |
| Defendant. ) | |

FILED
FEB 0 1 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### MOTION TO CONTINUE FINAL PRE-TRIAL AND JURY TRIAL DATE

NOW COMES, Defendant, SHERRIE P. RENKEN by and through her attorney John W. Fisher and the Law Offices of John W. Fisher & Associates and moves this Court for a continuance of the Final Pre-Trial and Jury Trial Date and in support thereof, states as follows:

1. Defendant, SHERRIE P. RENKEN was indicted by the Grand Jury on November 4, 2004 of the charges of Medicare Fraud in violation of 18 U.S.C. § 287, 18 U.S.C. § 1001, 18 U.S.C. § 1341.

2. On December 7, 2004 Defendant, SHERRIE P. RENKEN appeared before Magistrate Judge Byron Cudmore for an initial Pre-Trial Conference.

3. At that time counsel for Defendant was informed by the Government that the discovery in this case is voluminous and contained in approximately thirty (30) bank boxes maintained at the Illinois State Police Medicaid Fraud Control Unit in Springfield, Illinois.

4. The Government has informed Defendant's counsel that reproduction of the discovery documents in this case would be financially unrealistic.

5. Defendant has retained the Bloomington, Illinois accounting firm of Striegel, Knoblauch and Company, L.L.C. as expert witnesses to consult and testify regarding the Government's audit of the aforestated documents.

6. Defendant's counsel and Defendant's experts have tentatively scheduled February 7, 2005 for the first attempt to review the Government's discovery and arrange copying of pertinent documents.

7. This case is currently set for Final Pre-Trial on February 4, 2005 and Jury Trial on

8. Defendant's experts are to review the Government's discovery documents for the first time on February 7, 2005.

9. Defendant's counsel will be unavailable during the following periods:

(1) February 28, 2005 - March 9, 2005

(2) March 28, 2005 - April 1, 2005

10. Defendant respectfully request that the Final Pre-Trial and Jury Trial dates previously set in this cause be continued. Defendant expects to be ready for trial in early to mid April, 2005.

WHEREFORE, Defendant, SHERRIE P. RENKEN, prays that this Honorable Court continue the Final Pre-Trial and Jury Trial date previously set in this cause to dates certain.

JOHN W. FISHER, Attorney
for Defendant

LAW OFFICES OF JOHN W. FISHER
AND ASSOCIATES
925 SHOOTING PARK ROAD, SUITE B
PERU, ILLINOIS 61354
(815) 223-4646