**E-FILED**
Thursday, 17 February, 2005  09:40:10 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Criminal No. 04-30066 |
| v. | ) | |
| | ) | |
| SHERRIE P. RENKEN, | ) | |
| | ) | |
| Defendant. | ) | |

### GOVERNMENT'S  MOTION TO STRIKE SURPLUSAGE

The United States of America by its attorneys Jan Paul Miller, United States Attorney for the Central District of Illinois, and Patrick D. Hansen, Assistant United States Attorney, moves this Court to strike as surplusage portions of the Indictment that called for the jury to make special findings.  In support of such motion,  the United States states as  follows:

1.  At the time this case was indicted, the Court of Appeals for the Seventh Circuit had decided United States v. Booker, 375 F.3d 508 (7th Cir. 2004).   The court in that case held invalid, based upon the Supreme Court's decision in Blakely v. Washington, 124 S.Ct. 2531 (2004), those portions of the Federal Sentencing Guidelines that allowed a judge to determine facts that increased a defendant's sentence.  The court held that it was for the jury to decide such facts.

2. In response to the Seventh Circuit's decision in Booker, the government began including in indictments special findings to be made by the jury concerning factors relevant to sentencing.  The Indictment in this case contains such language.

3.  The Supreme Court in <u>United States v. Booker</u>, 125 S.Ct. 730 (2005) held that the

Sentencing Guidelines were advisory and not mandatory.  Based upon the Supreme Court's

decision there is no need for a jury to make the kind of special findings that are set forth in the

Indictment.  Therefore, the government seeks to have stricken as surplusage the language set

forth in such Indictment that relates to "Special Circumstances" which is set out following Count

16.

WHEREFORE, the government prays that this Court grant its motion to strike such

surplusage.

Respectfully Submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY


By:    s/Patrick D. Hansen
       Patrick D. Hansen
       Assistant United States Attorney
       Illinois Bar No. 6187536
       318 South 6th Street
       Springfield, IL 62701
       Telephone: (217) 492-4450
       patrick.hansen@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 17, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Karl Bryning
Attorney for Defendant

s/Patrick D. Hansen
Patrick D. Hansen
Assistant United States Attorney
318 South Sixth Street
Springfield, IL 62701
(217) 492-4450
Fax: (217) 492-4512
patrick.hansen@usdoj.gov