E-FILED
Thursday, 17 February, 2005  02:08:34 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Criminal No. 04-30066 |
| v. | ) |
| | ) |
| SHERRIE P. RENKEN, | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S MOTION TO CORRECT
CERTIFICATE OF SERVICE ON MOTION TO STRIKE SURPLUSAGE**

    The United States of America, by its attorneys Jan Paul Miller, United States Attorney for the Central District of Illinois, and Patrick D. Hansen, Assistant United States Attorney, informs this Court that the government incorrectly listed the name of the defendant's attorney on the certificate of service attached to the Motion to Strike Surplusage which was filed on February 17, 2005.  John Fisher should have been on the certificate of service instead of Karl Bryning.  The government will send a copy of the Motion to Strike Surplusage and Motion to Correct Certificate of Service to John Fisher on this date.

    Respectfully Submitted,

    JAN PAUL MILLER
    UNITED STATES ATTORNEY

By:    s/Patrick D. Hansen
    Patrick D. Hansen
    Assistant United States Attorney
    Illinois Bar No. 6187536
    318 South 6th Street
    Springfield, IL 62701
    Telephone: (217) 492-4450
    patrick.hansen@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on February 17, 2005, I mailed the foregoing by United States Postal Service to the following non-CM/ECF participants:

John W. Fisher
925 Shooting Park Road, Suite B
Peru, IL  61354

 

s/Patrick D. Hansen
Patrick D. Hansen
Assistant United States Attorney
318 South Sixth Street
Springfield, IL 62701
(217) 492-4450
Fax: (217) 492-4512
patrick.hansen@usdoj.gov